| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ESAU POREE,

    Plaintiff,

*versus*      CIVIL ACTION NO. 1:17-CV-529

TOD N. ALLEN,

    Defendant.

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Esau Poree, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The court previously referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

Plaintiff has filed a motion for default judgment (#44). The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the motion. The magistrate judge recommends the motion be denied.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motion for default judgment is **DENIED**.

SIGNED at Beaumont, Texas, this 30th day of December, 2019.

                                                    MARCIA A. CRONE
                                            UNITED STATES DISTRICT JUDGE